IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GEORGE H. DEAN,

    Petitioner,

v.                                       CASE NO. 5:11-cv-386-RS-GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____/

## O R D E R

This case is before the Court on Doc. 7, Respondent's second motion for an enlargement of time to respond to the Petition. Respondent seeks a 30 day extension of time to respond to the Petition.

Upon due consideration, it is **ORDERED** that:

1.     Respondent's Motion For Enlargement of Time, Doc. 7, is **GRANTED**.

2.     Respondent shall file his response **on or before June 4, 2012**.

3.     Petitioner shall have until **July 5, 2012,** to file a reply, if he chooses to do so.

**DONE AND ORDERED** this 7th day of May, 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge