IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GEORGE H. DEAN,

    Petitioner,

v.                                                  CASE NO. 5:11-cv-386-RS-GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

## O R D E R

This case is before the Court on Doc. 13, Respondent's Fifth Motion for Enlargement of Time. Respondent seeks a 30-day extension of time to respond to the Petition.

Upon due consideration, it is **ORDERED** that:

1.     Respondent's Fifth Motion For Enlargement of Time, Doc. 13, is **GRANTED**. Respondent shall file his response **on or before September 5, 2012**.

2.     Petitioner shall file his reply, if any, **on or before October 5, 2012**.

**DONE AND ORDERED** this 7th day of August, 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge