IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GEORGE H. DEAN,

    Petitioner,

v.    CASE NO. 5:11-cv-386-RS-GRJ

SECRETARY, FLORIDA DEPT.,
OF CORRECTIONS,

    Respondent.
_____/

## ORDER

Before me are the January 14, 2015, Magistrate Judge's Report and Recommendation (Doc. 22), and Petitioner's Objection to Report and Recommendation (Doc. 27). Accordingly, I have reviewed the report *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Doc. 16) is approved and incorporated in this Order.

2. The Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (Doc. 1) is **DENIED**.

3. The certificate of appealability is **DENIED** because Petitioner did not make a substantial showing of the denial of a constitutional right.

4. The Clerk is directed to close this case.

**ORDERED** on April 13, 2015.

    /S/ Richard Smoak
    **RICHARD SMOAK**
    **UNITED STATES DISTRICT JUDGE**